# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3596 | **DATE** | 7/30/2004 |
| **CASE TITLE** | HAHN vs. COCA-COLA CO. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Status hearing held. Plaintiff's motion for class certification to be filed by August 30, 2004. Parties to comply with FRCP 26(a)(1) by August 10, 2004. Plaintiff to comply with FRCP 26(a)(2) by November 29, 2004. Defendant to comply with FRCP 26(a)(2) by December 28, 2004. Discovery cut-off and filing of dispositive motions with supporting memoranda set on January 27, 2005. Joint final pretrial order with agreed pattern jury instructions submission set on February 17, 2005 at 9:00 am; plaintiff's draft to be submitted to defendant by February 10, 2005. Case is placed on the March 2005 trial calendar. FIRM DATES.

*/s/ Suzanne B. Conlon*

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | AUG 0 2 2004 | |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | 28 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 7/30/2004 | |
| | | date mailed notice | |
| CB courtroom deputy's initials | | U.S. DISTRICT COURT CLERK  2004 JUL 30 PM 12:20  Date/time received in central Clerk's Office | CB mailing deputy initials |