IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CAROL BILLIE OSHANA, on behalf of herself and all others similarly situated, Plaintiff, v. THE COCA-COLA COMPANY, a Delaware Corporation, Defendant. | No. 04 C 3596<br><br>Hon. Suzanne B. Conlon<br>Judge Presiding |

## MOTION TO EXTEND TIME

NOW COMES plaintiff, CAROL BILLIE OSHANA ("plaintiff"), by and through her counsel and hereby moves this court for an extension of time of seven (7) days within which to provide defendant's counsel with time records in support of plaintiff's fee petition, and in support thereof states as follows:

1. On August 4, 2005, this Court entered an Order of Judgment Under Rule 68 which entered judgment against defendant "in the amount of $650, plus, in addition thereto, reasonable costs and attorney's fees in an amount to be determined by the Court."

2. Attorneys for plaintiff intend to file a Fee Petition and pursuant to Local Rule 54.3 plaintiff as movant has twenty-one days from the date of judgment or settlement within which to provide defendant-respondent with the time records of plaintiff's counsel. Local Rule 54.3(d)(3) and (4) provide:

> (3) The movant shall furnish the evidence that will be used to support the related nontaxable expenses to be sought by the motion.
>
> (4) The movant shall provide the respondent with the above information within 21 days of the judgment or settlement agreement upon which the motion is based, unless the court sets a different schedule.

3. Plaintiff's Counsel's time is due to be turned over to defendant on August 25, 2005.

4. Plaintiff respectfully requests that this Honorable Court grant plaintiff an additional seven (7) days, to and including September 2, 2005, within which to provide defendant with the time records of plaintiff's counsel.

5. Counsel for plaintiff spoke with counsel for defendant and counsel for defendant stated that they have no objection to plainitff's request for a seven (7) day extension of time within which to provide defendant with plaintiff's counsel's time records.

WHEREFORE, for the foregoing reasons, plaintiff respectfully requests that this Honorable court grant plainitff's request for an extension of time of seven (7) days, to and including September 2, 2005, within which to provide defendant with records of plaintiff's counsel's time in the above captioned matter.

Respectfully submitted,

_William J. Harte_

One of the attorneys for plaintiff, Carol Billie Oshana

William J. Harte
WILLIAM J. HARTE, LTD.
111 West Washington, Suite 1100
Chicago, IL 60602

Ben Barnow
Sharon Harris
BARNOW AND ASSOCIATES, P.C.
One N. LaSalle, Suite 4600
Chicago, IL 60602

William Bogot
STEIN BOGOT, LTD.
33 N. LaSalle, 29th Floor
Chicago, IL 60602

Michael B. Hyman
Melinda J. Morales
MUCH, SHELIST, FREED, DENENBERG
AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr., 18th Floor
Chicago, IL 60606

Lance Harke
HARKE & CLASBY LLP
155 S. Miami Avenue, Suite 600
Miami, FL 33130

Robert J. Stein III

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

### CERTIFICATE OF SERVICE

    Wilma Sargent, being first duly sworn on oath, deposes and states that he served the foregoing Notice of Motion and **MOTION TO EXTEND TIME** upon:

    Michael A. Pope
    Christopher M. Murphy
    Rachael M.. Trummel
    McDERMOTT WILL & EMERY LLP
    227 West Monroe Street
    Chicago, IL 60606

by personally delivering copies of same, before the hour of 5:00 p.m. on August 19, 2005, and upon:

    Russell S. Bonds
    Litigation Counsel
    THE COCA-COLA COMPANY
    P.O. Box 1734
    Atlanta, GA 30301

by depositing copies of same in the U.S. Mail at 111 West Washington Street, Chicago, Illinois, with proper postage prepaid, before the hour of 5:00 p.m. on August 19, 2005.

                                                _/s/ Wilma L. Sargent_

SUBSCRIBED and SWORN to
before me August 19, 2005.

_/s/ Mary Carol Carey_
NOTARY PUBLIC

"OFFICIAL SEAL"
MARY CAROL CAREY
Notary Public, State of Illinois
My Commission expires Sept. 12, 2005